IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| MATTHEW IMBIEROWICZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-00047-GNS |
| | ) | |
| vs. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes the Plaintiff, Matthew Imbierowicz, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) hereby dismisses with prejudice all of his claims against Defendant, Equifax Information Services, LLC with prejudice. Plaintiff and Equifax Information Services, LLC each party bear their own costs and attorneys' fees.

Respectfully submitted,

*/s/*David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/David W. Hemminger*
David W. Hemminger